1 Philip H. Stillman, Esq. SBN# 152861
STILLMAN & ASSOCIATES
2 3015 North Bay Road, Suite B
Miami Beach, Florida 33140
3 Tel. and Fax: (888) 235-4279
pstillman@stillmanassociates.com
4
5 Attorneys for defendant VILLAGE 1107 CORONADO, INC.

**UNITED STATES DISTRICT COURT FOR THE**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PETER STROJNIK, <br><br> Plaintiff, <br> vs. <br><br> VILLAGE 1107 CORONADO, INC., <br><br> Defendant. | Case No. 19-cv-2210 BAS MSB <br><br> **NOTICE OF MOTION AND MOTION TO DISMISS COMPLAINT PURSUANT TO FED. R. CIV. P. 12(B)(1) AND (6)** <br><br> **NO ORAL ARGUMENT UNLESS REQUESTED BY THE COURT.** <br><br> Date: February 18, 2020 <br> Courtroom: 4B, 4th Fl. <br><br> Hon. Cynthia A. Bashant <br><br> Complaint filed: November 20, 2019 |

Notice of Motion and Motion to Dismiss Complaint

**TO PLAINTIFF AND HIS ATTORNEYS OF RECORD**:

PLEASE TAKE NOTICE THAT on February 18, 2020, or as soon thereafter as the matter may be heard in Courtroom 4 of the above-entitled court, VILLAGE 1107 CORONADO, INC., ("Defendant") will and hereby does move the Court for an Order dismissing the Complaint for lack of standing and failure to state a claim, pursuant to Fed. R. Civ. P. 12(b)(1) and (6).

This motion is brought on the grounds that Peter Strojnik ("Plaintiff") lacks sufficient Article III standing to bring the claims asserted in the complaint and fails to allege sufficient facts to support standing under the Unruh Act and Disabled Persons Act claims. Additionally, Plaintiff fails to state a claim upon which relief can be granted, and pleads punitive damages for a negligence cause of action, which Defendant requests to be stricken.

This motion is based on this Notice of Motion and Motion, the Memorandum of Points and Authorities filed herewith, the Declaration of Philip H. Stillman and exhibits thereto, the pleadings and papers on file herein, and upon such other matters as may be presented to the Court at the time of the hearing, if any.

WHEREFORE, defendant VILLAGE 1107 CORONADO, INC. respectfully requests that this Court dismiss the Complaint with prejudice and without leave to amend.

Respectfully Submitted,

STILLMAN & ASSOCIATES

Dated: January 6, 2020       By:_____
                                Philip H. Stillman, Esq.
                                Attorneys for defendant VILLAGE 1107 CORONADO, INC.

# PROOF OF SERVICE

I, the undersigned, certify under penalty of perjury that on Janaury 6, 2020 or as soon as possible thereafter, copies of the foregoing Motion to Dismiss, Memorandum of Points and Authorities, the Declaration of Philip Stillman and Proposed Order was served electronically by the Court's ECF notice to all persons/entities requesting special notice or otherwise entitled to the same and via email to Plaintiff's email address listed with this Court.

By: /s/ *Philip H. Stillman*
Attorneys for VILLAGE 1107 CORONADO, INC.

Motion to Dismiss Complaint -1-