Philip H. Stillman, Esq. SBN# 152861
STILLMAN & ASSOCIATES
3015 North Bay Road, Suite B
Miami Beach, Florida 33140
Tel. and Fax:  (888) 235-4279
pstillman@stillmanassociates.com

Attorneys for defendant VILLAGE 1107 CORONADO, INC.

**UNITED STATES DISTRICT COURT FOR THE**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PETER STROJNIK,<br><br>            Plaintiff,<br>vs.<br><br>VILLAGE 1107 CORONADO, INC.,<br><br>            Defendant. | Case No. 19-cv-2210 BAS MSB<br><br>**NOTICE OF MOTION AND MOTION FOR ATTORNEY'S FEES OR IN THE ALTERNATIVE, FOR SANCTIONS PURSUANT TO 28 U.S.C § 1927 AND THIS COURT'S INHERENT POWERS**<br><br>Date:  August 3, 2020<br>Courtroom: 4B<br><br>Hon. Cynthia A. Bashant<br><br>**NO ORAL ARGUMENT UNLESS REQUESTED BY THE COURT** |

**TO PLAINTIFF AND HIS ATTORNEYS OF RECORD**:

PLEASE TAKE NOTICE THAT on August 3, 2020, or as soon thereafter as the matter may be heard in Courtroom 4 of the above-entitled court, VILLAGE 1107 CORONADO, INC., ("Defendant") will and hereby does move the Court for an Order awarding Defendant its reasonable attorney's fees in the amount of $21,995 pursuant to the ADA, or as sanctions pursuant to 28 U.S.C § 1927 or this Court's inherent powers.

This motion is brought on the grounds that the complaint and other papers filed by Peter Strojnik ("Plaintiff") in this case were frivolous, filed in bad faith, and vexatious.

This motion is based on this Notice of Motion and Motion, the Memorandum of Points and Authorities filed herewith, the Declaration of Philip H. Stillman and exhibits thereto, the pleadings and papers on file herein, and upon such other matters as may be presented to the Court at the time of the hearing, if any.

WHEREFORE, defendant VILLAGE 1107 CORONADO, INC. respectfully requests that this Court award Defendant its reasonable attorney's fees in the amount of $21,995.

Respectfully Submitted,

STILLMAN & ASSOCIATES

Dated: June 30, 2020   By:_____
Philip H. Stillman, Esq.
Attorneys for defendant VILLAGE 1107 CORONADO, INC.

|   |   |
|---|---|
| 1 | **PROOF OF SERVICE** |
| 2 | I, the undersigned, certify under penalty of perjury that on June 30, 2020 or as soon |
| 3 | as possible thereafter, copies of the foregoing Motion for Attorney's Fees and Sanctions, |
| 4 | Memorandum of Points and Authorities, the Declaration of Philip H. Stillman and proposed |
| 5 | Order were served electronically by the Court's ECF notice to all persons/entities |
| 6 | requesting special notice or otherwise entitled to the same and via email to Plaintiff's email |
| 7 | address listed with this Court. |

By: /s/ *Philip H. Stillman*
Attorneys for VILLAGE 1107 CORONADO, INC.