# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER STROJNIK, SR., | Case No. 19-cv-02210-BAS-MSB |
| Plaintiff, | **FINAL JUDGMENT** |
| v. | |
| 1017 CORONADO, INC., | |
| Defendant. | |

On June 16, 2020, this Court entered an order dismissing Plaintiff's ADA claims with prejudice and declining to exercise supplemental jurisdiction over Plaintiff's remaining state law claims. (ECF No. 15.) Defendant, as the prevailing party, then moved for attorney's fees or, alternatively, sanctions. (ECF No. 17.) On January 12, 2021, this Court granted Defendant's Motion for Attorney's Fees in the amount of $21,995.00. (ECF No. 22.) Defendant has now filed a proposed judgment for this amount plus post-judgment interest accruing at the California Judgment Rate set forth in California Code of Civil Procedure § 685.010 and costs of collection. (ECF No. 24.)

Defendant cites to the incorrect jurisdiction's statute for post-judgment interest. "[T]he post-judgment interest rate under 28 U.S.C. § 1961 applies to all federal court actions irrespective of the basis of the court's jurisdiction over the case." *Steinweden v. L & M Const. LLP*, No. CV 04-137 M-DWMJCL, 2009 WL 361735, at *3 (D. Mont. Feb. 4, 2009) (citing *Greenway v. Buffalo Hilton Hotel*, 143 F.3d 47, 55 (2nd Cir. 1998)); *see also*

*The Guides, Ltd. v. The Yarmouth Group Property Management, Inc.*, 295 F.3d 1065, 1078 (10th Cir. 2002) (noting that "a federal rate of interest rather than the state rate applies where jurisdiction is based on a federal question").

Under federal law, the award of post-judgment interest on a district court judgment is mandatory. *Barnard v. Theobald*, 721 F.3d 1069, 1078 (9th Cir. 2013) (citing 28 U.S.C. § 1961). A "judgment" for purposes of § 1961 means a "final, appealable order." *Dishman v. UNUM Life Ins. Co. of America*, 269 F.3d 974, 990–991 (9th Cir. 2001). "Post-judgment interest applies to the entire judgment, including the principal sum, prejudgment interest, attorneys' fees, and costs." *Air Separation, Inc. v. Underwriters at Lloyd's of London*, 45 F.3d 288, 290 (9th Cir. 1995). It is calculated "from the date of the entry of judgment" at a rate "equal to the weekly average 1–year constant maturity Treasury yield, as published by the Board of Governors to the Federal Reserve System, for the calendar week preceding the date of the judgment." 28 U.S.C. § 1961(a); *Kaiser Aluminum & Chem. Corp. v. Bonjorno*, 494 U.S. 827, 835 (1990). The interest is computed daily from the date of judgment to the date of payment and compounded annually. 28 U.S.C. § 1961(b). Defendant is therefore entitled to post-judgment interest running from the date of entry of judgment, January 12, 2021, up until the date of payment, at an interest rate of 0.104%.[1]

Defendant also asks for costs associated with collection, but cites no authority for an award of anticipated collection costs. The Court therefore denies this request because Defendant has not shown that "the substantive law [does not] require[ ] those fees [and expenses] to be proved at trial as a separate element of damages." *See* Fed. R. Civ. P. 54(d)(2) ("A claim for attorney's fees and related nontaxable expenses must be made by motion unless the substantive law requires those fees to be proved at trial as an element of damages."); *see also ACF 2006 Corp v. Maki*, No. CV 18-9654-DMG (JCx), 2019 WL 3852491, at *4 n.9 (C.D. Cal. May 13, 2019).

---

[1] This rate was calculated using the data provided by the United States Treasury for the week of January 4, 2021. *See* Daily Treasury Yield Curve Rates, https://www.treasury.gov/resource-center/data-chart-center/interest-rates/pages/textview.aspx?data=yield (accessed on Jan. 22, 2021).

Therefore, pursuant to this Court's Order Granting Attorney's Fees, **JUDGMENT IS HEREBY ENTERED** in favor of Philip H. Stillman, attorney for Defendant Village 1107 Coronado, Inc. and against plaintiff Peter Strojnik, Sr., in the amount of $21,995.00, together with post-judgment interest accruing at 0.104% running from January 12, 2021 until the date of payment.

**IT IS SO ORDERED.**

DATED: January 25, 2021

Hon. Cynthia Bashant
United States District Judge

- 3 -

19cv2210