Philip H. Stillman, Esq. SBN# 152861
STILLMAN & ASSOCIATES
3015 North Bay Road, Suite B
Miami Beach, Florida 33140
Tel. and Fax: (888) 235-4279
pstillman@stillmanassociates.com

Attorneys for defendant VILLAGE 1107 CORONADO, INC.

# UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER STROJNIK,<br><br>　　　　　　Plaintiff,<br>vs.<br><br>VILLAGE 1107 CORONADO, INC.,<br><br>　　　　　　Defendant. | Case No. 19-cv-2210 BAS MSB<br><br>**APPLICATION FOR AN ORDER TO SHOW CAUSE RE: CONTEMPT OF THIS COURT'S JANUARY 12, 2021 ORDER**<br><br>**NO ORAL ARGUMENT UNLESS REQUESTED BY THE COURT.**<br><br>Date: None set<br>Courtroom: 4B, 4th Fl.<br><br>Hon. Cynthia A. Bashant |

**TO PLAINTIFF AND HIS ATTORNEYS OF RECORD**:

PLEASE TAKE NOTICE THAT VILLAGE 1107 CORONADO, INC. and Philip H. Stillman hereby apply to this Court to issue an Order to Show Cause re Contempt against plaintiff Peter Strojnik for violating this Court's January 12, 2021 Order directing Strojnik to pay $21,995 in attorney's fees "forthwith." As grounds for this Application, Defendant states the following:

1. On January 12, 2021, this Court issued a clear and definite order directing plaintiff Peter Strojnik to pay $21,995 in attorney's fees "forthwith."

2. Despite repeated reminders, as of February 22, 2021, Strojnik has failed and refused to comply with the Order and pay the $21,995 as ordered.

3. Although Strojnik claims to be retired, he admits to having received $249,079 from 117 ADA settlements in the last two years in California. *Strojnik v. IA Lodging Napa First LLC*, 2020 U.S. Dist. LEXIS 95738, at *18-19 (N.D. Cal. June 1, 2020). In *Strojnik v. Driftwood Hosp. Mgmt. LLC*, 2021 U.S. Dist. LEXIS 1720, at *24 (D. Ariz. Jan. 6, 2021) the Court ordered Strojnik to provide evidence of the amount of all of his settlements in the Arizona courts in the last year. The Court specifically held that Strojnik misrepresented the amount that he received, holding that "To date, he says he has settled thirteen cases, which would amount to just over $100,000. Even if the Court accepted Mr. Strojnik's claimed 'initial expenses' beyond fees and service costs as legitimate, he would still be making about $75,000." Given his admission that he has received $249,000 in settlements since May 2018 (when he was suspended as a lawyer) through April 2020 in California, approximately $100,000 in the past year in Arizona, claims to have donated $1.2 million in settlement proceeds to charity, and according to Zillow.com, lives in a house valued at $1.6 million,[1] Strojnik has no legitimate excuse for his contumacious conduct in violating the

---

[1] https://www.zillow.com/homedetails/7847-N-Central-Ave-Phoenix-AZ-85020/71619720_zpid/

Notice of Motion and Motion to Dismiss Complaint -1-

terms of this Court's clear and definite Order.

4. Accordingly, this Court should require Strojnik to either pay the amount of the attorney's fees within 7 days of the Order to Show Cause or show cause why he should not be held in contempt and be subject to a daily coercive fine and/or incarceration until such time as he purges the contempt.

WHEREFORE, defendant VILLAGE 1107 CORONADO, INC. and Philip H. Stillman respectfully request that this Court issue the requested Order to Show Cause re Contempt.

Respectfully Submitted,

STILLMAN & ASSOCIATES

Dated: February 22, 2021            By:_____
                                        Philip H. Stillman, Esq.
                                    Attorneys for defendant VILLAGE 1107
                                    CORONADO, INC.

**PROOF OF SERVICE**

I, the undersigned, certify under penalty of perjury that on February 22, 2021 or as soon as possible thereafter, copies of the foregoing Application for an Order to Show Cause re Contempt was served electronically by the Court's ECF notice to all persons/entities requesting special notice or otherwise entitled to the same and via email to Plaintiff's email address listed with this Court.

By: /s/ *Philip H. Stillman*
Attorneys for VILLAGE 1107 CORONADO, INC.

Motion to Dismiss Complaint -2-