# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER STROJNIK,<br><br>                            Plaintiff,<br><br>v.<br><br>VILLAGE 1107 CORONADO, INC.,<br><br>                           Defendant. | Case No. 19-cv-02210-BAS-MSB<br><br>**ORDER GRANTING DEFENDANT'S APPLICATION AND ORDERING PLAINTIFF TO SHOW CAUSE RE: CONTEMPT**<br><br>**(ECF No. 26)** |

On February 22, 2021, Defendant filed an Application for an Order to Show Cause Re: Contempt of this Court's January 12, 2021 Order directing Plaintiff to pay $21,995 in attorney's fees. (ECF No. 26.) Defendant states that "[d]espite repeated reminders" and sufficient assets, Plaintiff has failed to comply with the Order.

The Court **GRANTS** Defendant's Application. Accordingly, Plaintiff is **ORDERED TO SHOW CAUSE**, by **April 5, 2021**, why he should not be held in contempt for failing to comply with the Court's Order to pay attorney's fees in this action. Plaintiff may show cause by either paying the full amount of attorney's fees—and filing an affidavit with the Court indicating he has done so—or by filing a response to this OSC explaining the reasons for his noncompliance. If Plaintiff files a response, Defendant shall file a reply by **April 12, 2021**.

      IT IS SO ORDERED.

**DATED: March 29, 2021**

                                                    Hon. Cynthia Bashant
                                                    United States District Judge