Philip H. Stillman, Esq. SBN# 152861
STILLMAN & ASSOCIATES
3015 North Bay Road, Suite B
Miami Beach, Florida 33140
Tel. and Fax:  (888) 235-4279
pstillman@stillmanassociates.com

Attorneys for defendant VILLAGE 1107 CORONADO, INC.

# UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER STROJNIK,<br><br>      Plaintiff,<br>vs.<br><br>VILLAGE 1107 CORONADO, INC.,<br><br>      Defendant. | Case No. 19-cv-2210 BAS MSB<br><br>**DEFENDANT'S RESPONSE TO ORDER TO SHOW CAUSE RE: CONTEMPT OF THIS COURT'S JANUARY 12, 2021 ORDER**<br><br>**NO ORAL ARGUMENT UNLESS REQUESTED BY THE COURT.**<br><br>Date:  None set<br>Courtroom: 4B, 4th Fl.<br><br>Hon. Cynthia A. Bashant |

1   This Court granted Defendant's Application for an Order to Show Cause re
2   Contempt for failing to comply with this Court's clear and definite order on January 12,
3   2021 directing plaintiff Peter Strojnik to pay $21,995 in attorney's fees "forthwith."
4   Defendant and Philip Stillman wish to advise the Court that three months later, as of
5   April 12, 2021, Mr. Strojnik has neither paid the $21,995 as directed by the court nor
6   contacted Mr. Stillman to make arrangements to do so, despite this Court's *second* order to
7   do so.
8   Accordingly, Defendant and Mr. Stillman now request that Peter Strojnik be held in
9   contempt, that a bench warrant be issued and Mr. Strojnik ordered incarcerated until such
10  time as he purges the contempt.
11  WHEREFORE, defendant VILLAGE 1107 CORONADO, INC. and Philip H.
12  Stillman respectfully request that this Court find Peter Strojnik in contempt, issue a bench
13  warrant for his arrest, direct the U.S Marshal to detain him and order him incarcerated until
14  he purges the contempt by payment to Mr. Stillman of $21,995 as ordered.

Respectfully Submitted,

STILLMAN & ASSOCIATES

Dated: April 12, 2021    By:_____
　　　　　　　　　　　　　　Philip H. Stillman, Esq.
　　　　　　　　　　　　　Attorneys for defendant VILLAGE 1107
　　　　　　　　　　　　　CORONADO, INC.

## PROOF OF SERVICE

I, the undersigned, certify under penalty of perjury that on April 12, 2021 or as soon as possible thereafter, copies of the foregoing Response re Order to Show Cause re Contempt was served electronically by the Court's ECF notice to all persons/entities requesting special notice or otherwise entitled to the same and via email to Plaintiff's email address listed with this Court.

By: /s/ *Philip H. Stillman*
Attorneys for VILLAGE 1107 CORONADO, INC.