# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

### NOTICE OF DOCUMENT DISCREPANCY

TO: ☒ U.S. DISTRICT JUDGE / ☐ U.S. MAGISTRATE JUDGE: The Hon. Cynthia Bashant

| FROM:  ZDA, Deputy Clerk | RECEIVED DATE:  April 14, 2021 |
|---|---|
| CASE NO.   19-cv-02210-BAS-MSB | DOC FILED BY:  Peter Strojnik |
| CASE TITLE:  Strojnik v. Village 1017 Coronado, Inc. | |
| DOCUMENT ENTITLED:  Plaintiff's Response to OSC [27] | |

Upon the submission of the attached document(s), the following discrepancies are noted:

| OTHER: Not timely per ECF No. 27 |
|---|

**Date Forwarded:   April 15, 2021**

## ORDER OF THE JUDGE / MAGISTRATE JUDGE

### IT IS HEREBY ORDERED:

| ☒ | The document is to be filed nunc pro tunc to date received. |
|---|---|
| ☐ | The document is NOT to be filed. But instead REJECTED, and it is ORDERED that the Clerk serve a copy of this order on all parties. |

Rejected documents to be returned to pro se or inmate? ☐ Yes.     Court copy retained by chambers ☐

Any further failure to comply with the Local Rules may lead to penalties pursuant to
Civil Local Rule 83.1 or Criminal Local Rule 57.1.

Date:   April 15, 2021          CHAMBERS OF:  The Honorable Cynthia Bashant

cc: All Parties          By:    /s/ Law Clerk