Peter Strojnik (Sr.),
7847 N. Central Ave.
Phoenix, Arizona 85020
602-524-6602
ps@strojnik.com

NUNC PRO TUNC
4/14/21

FILED
Apr 15 2021
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY  s/ Julieo  DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

PETER STROJNIK,

Plaintiff,

vs.

VILLAGE 1017 CORONADO, INC. DBA HOTEL MARISOL CORONADO

Defendant.

Case No: 19-cv-2210 BAS MSB

**VERIFIED PLAINTIFF'S RESPONSE TO OSC [27]**

Plaintiff received district court's OSC dated March 29, 2021 on April 8, 2021. He responds within 1 hour of receipt.

Plaintiff is subject to a superior UCC spousal maintenance lien, Exhibit 1, based on a 2013 dissolution action. Any payment in violation of this priority lien would subject Plaintiff to a fraudulent transfer action.

I verify that the fact of a prior lien above is true and correct.

DATED this 8th day of April 2021.

PETER STROJNIK

_____
Plaintiff

Mailed to the Court this 8th day of April, 2021 thence distributed through PACER.

EXHIBIT 1

**UCC FINANCING STATEMENT AMENDMENT**
FOLLOW INSTRUCTIONS

A. NAME & PHONE OF CONTACT AT FILER (optional)
Tanya C. Strojnik

B. E-MAIL CONTACT AT FILER (optional)

C. SEND ACKNOWLEDGMENT TO: (Name and Address)
Tanya C. Strojnik
7847 N. Central Ave
Phoenix, AZ 85020

2013-175-9296-5

ARIZONA
SECRETARY OF STATE
08/30/18 08:22
FILED

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1a. INITIAL FINANCING STATEMENT FILE NUMBER
2013-175-9296-5

2. [ ] TERMINATION

3. [ ] ASSIGNMENT

4. [X] CONTINUATION

5. [ ] PARTY INFORMATION CHANGE

6. CURRENT RECORD INFORMATION

6a. ORGANIZATION'S NAME

6b. INDIVIDUAL'S SURNAME: Strojnik    FIRST PERSONAL NAME: Peter

7. CHANGED OR ADDED INFORMATION

7a. ORGANIZATION'S NAME

7b. INDIVIDUAL'S SURNAME

MAILING ADDRESS: 2375 E. Camelback Rd. Suite 600    CITY: Phoenix    STATE: AZ    POSTAL CODE: 85016    COUNTRY: USA

8. [X] COLLATERAL CHANGE:
All accounts receivable, income, moneys due and assets now or any time in the future (Marital Settlement Agreement and Amendments LaPaz County Superior Court #DO2013-09120)

9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT

INDIVIDUAL'S SURNAME: Strojnik    FIRST PERSONAL NAME: Tanya    ADDITIONAL NAME: Cecilia

10. OPTIONAL FILER REFERENCE DATA

FILING OFFICE COPY — UCC FINANCING STATEMENT AMENDMENT (Form UCC3) (Rev. 04/20/11) International Association of Commercial Administrators (IACA)

|   |   |
|---|---|
| Peter Strojnik (Sr.),<br>7847 N. Central Ave.<br>Phoenix, Arizona 85020<br>602-524-6602<br>ps@strojnik.com | |

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

|   |   |
|---|---|
| PETER STROJNIK,<br><br>Plaintiff,<br><br>vs.<br><br>VILLAGE 1017 CORONADO, INC. DBA HOTEL MARISOL CORONADO<br><br>Defendant. | Case No: 19-cv-2210 BAS MSB<br><br>**VERIFIED PLAINTIFF'S RESPONSE TO OSC [27]** |

Plaintiff received district court's OSC dated March 29, 2021 on April 8, 2021. He responds within 1 hour of receipt.

Plaintiff is subject to a superior UCC spousal maintenance lien, Exhibit 1, based on a 2013 dissolution action. Any payment in violation of this priority lien would subject Plaintiff to a fraudulent transfer action.

I verify that the fact of a prior lien above is true and correct.

DATED this 8th day of April 2021.

**PETER STROJNIK**

_____
Plaintiff

Mailed to the Court this 8th day of April, 2021 thence distributed through PACER.

**EXHIBIT 1**

**UCC FINANCING STATEMENT AMENDMENT**
FOLLOW INSTRUCTIONS

A. NAME & PHONE OF CONTACT AT FILER (optional)
Tanya C. Strojnik

B. E-MAIL CONTACT AT FILER (optional)

C. SEND ACKNOWLEDGMENT TO: (Name and Address)
Tanya C. Strojnik
7847 N. Central Ave
Phoenix, AZ 85020

2013-175-9296-5

**ARIZONA SECRETARY OF STATE**
08/30/18 08:22
**FILED**

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1a. INITIAL FINANCING STATEMENT FILE NUMBER
2013-175-9296-5

1b. [ ] This FINANCING STATEMENT AMENDMENT is to be filed (for record) (or recorded) in the REAL ESTATE RECORDS

2. [ ] TERMINATION

3. [ ] ASSIGNMENT

4. [✓] CONTINUATION

5. [ ] PARTY INFORMATION CHANGE

6. CURRENT RECORD INFORMATION
6b. INDIVIDUAL'S SURNAME: Strojnik
FIRST PERSONAL NAME: Peter

7. CHANGED OR ADDED INFORMATION

7c. MAILING ADDRESS: 2375 E. Camelback Rd. Suite 600
CITY: Phoenix
STATE: AZ
POSTAL CODE: 85016
COUNTRY: USA

8. [✓] COLLATERAL CHANGE
All accounts receivable, income, moneys due and assets now or any time in the future (Marital Settlement Agreement and Amendments LaPaz County Superior Court #DO2013-00120)

9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT
9b. INDIVIDUAL'S SURNAME: Strojnik
FIRST PERSONAL NAME: Tanya
ADDITIONAL NAME(S)/INITIAL(S): Cecilia

10. OPTIONAL FILER REFERENCE DATA

FILING OFFICE COPY — UCC FINANCING STATEMENT AMENDMENT (Form UCC3) (Rev. 04/20/11)
International Association of Commercial Administrators (IACA)

2

Peter Strojnik
7847 N. Central Avenue
Phoenix, AZ 85020

PHOENIX AZ 852

9 APR 2021 PM 5 L



**Clerk of the Court
United Sates district Court
Southern District of California
333 West Broadway, Ste 420
San Diego, California 92101**

92101-380620

