UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER STROJNIK,<br><br>         Plaintiff,<br>v.<br>VILLAGE 1107 CORONADO, INC.,<br><br>         Defendant. | Case No. 19-cv-02210-BAS-MSB<br><br>**ORDER:**<br><br>**(1) GRANTING PLAINTIFF'S MOTION FOR RECONSIDERATION;**<br><br>**(2) REQUIRING PLAINTIFF TO PROVIDE EVIDENCE OF HIS INABILITY TO PAY;**<br><br>**AND**<br><br>**(3) SETTING MATTER FOR HEARING** |

  Before the Court is Plaintiff's Response to the Court's March 29, 2021 Order to Show Cause ("OSC") why he should not be held in contempt for failing to comply with the Court's order to pay attorney's fees. (ECF No. 33.) Plaintiff alleges he received the Court's OSC via mail until April 8, 2021—three days after his deadline to respond had passed— and mailed his response the same day, accounting for the lateness of his filing. Further, he states that he is subject to "a superior UCC spousal maintenance lien" arising from his 2013 dissolution and implies that payment of the attorney's fees would violate the lien and lead to a fraudulent transfer action against him.

  The Court construes Plaintiff's response as a motion for reconsideration of the Court's April 13, 2021 contempt order and **ORDERS** as follows:

1  (1)     Based on Plaintiff's representations in his response, the Court **GRANTS** the
2  motion and **VACATES** the contempt order (ECF No. 31).
3  (2)     Plaintiff is **ORDERED** to provide evidence of his inability to pay to both
4  defense counsel and the Court by **May 17, 2021**.  Plaintiff shall provide, at minimum, bank
5  statements reflecting the current of value of all accounts in his name and a list of all assets
6  held in Plaintiff's name or in the name of any entity he controls.
7  (3)     This matter is set for hearing on **June 7, 2021** at **2:30 pm** in **Courtroom 4B**.
8  **IT IS SO ORDERED.**

10 **DATED: April 15, 2021**

Hon. Cynthia Bashant
United States District Judge