Philip H. Stillman, Esq. SBN# 152861
STILLMAN & ASSOCIATES
3015 North Bay Road, Suite B
Miami Beach, Florida 33140
Tel. and Fax: (888) 235-4279
pstillman@stillmanassociates.com

Attorneys for defendant VILLAGE 1107 CORONADO, INC.

# UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER STROJNIK,<br><br>               Plaintiff,<br>vs.<br><br>VILLAGE 1107 CORONADO, INC.,<br><br>               Defendant. | Case No. 19-cv-2210 BAS MSB<br><br>**NOTICE OF LODGMENT OF PLAINTIFF'S PURPORTED RESPONSE TO THIS COURT'S APRIL 15, 2021 ORDER**<br><br>Courtroom: 4B, 4th Fl.<br><br>Hon. Cynthia A. Bashant |

Notice of Lodgment

VILLAGE 1107 CORONADO, INC., ("Defendant") and Philip Stillman wanted to make this Court aware of the fact that plaintiff Peter Strojnik emailed his purported "response" to this Court's April 15, 2021 Order to Philip Stillman and claims to have mailed it to this Court. To prevent delay in reviewing this "response," a copy of what Strojnik emailed to Mr. Stillman is attached hereto as Exhibit 1.

This response is plainly deficient. It does not explain where he deposited his $350,000 in settlements over the past three years, does not explain how he travels for months each year, does not explain how he lives in a $1.6 million house, does not explain why his purported "ex-wife's" UCC lien – which is irrelevant in any event – lists Strojnik's own residence as her address as well, does not explain his loss of assets nor does it identify any. His claim that his ex-wife – with whom he lives and travels – has a lien on all of his income that prevents him from paying court-ordered attorney's fees is simply a poorly thought-out asset protection strategy.

Clearly this game will continue with Strojnik without intervention by this Court. Defendant and Mr. Stillman renew their request that this Court issue a bench warrant.

Respectfully Submitted,

STILLMAN & ASSOCIATES

Dated: April 20, 2021        By: _____
　　　　　　　　　　　　　　　　 Philip H. Stillman, Esq.
　　　　　　　　　　　　　　　　 Attorneys for defendant VILLAGE 1107 CORONADO, INC.

Notice of Lodgment                     -1-

## PROOF OF SERVICE

I, the undersigned, certify under penalty of perjury that on April 20, 2021 or as soon as possible thereafter, copies of the foregoing Notice of Lodgment were served electronically by the Court's ECF notice to all persons/entities requesting special notice or otherwise entitled to the same and via email to Plaintiff's email address listed with this Court.

By: /s/ *Philip H. Stillman*
Attorneys for VILLAGE 1107 CORONADO, INC.

# Exhibit 1

Peter Strojnik (Sr.),
7847 N. Central Ave.
Phoenix, Arizona 85020
602-524-6602
ps@strojnik.com

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER STROJNIK,<br><br>Plaintiff,<br><br>vs.<br><br>VILLAGE 1017 CORONADO, INC. DBA HOTEL MARISOL CORONADO<br><br>Defendant. | Case No: 19-cv-2210 BAS MSB<br><br>**RESPONSE TO ORDER [34]**<br><br>**REQUEST FOR REMOTE HEARING BY ZOOM OR TELEPHONE** |

The following responds to the April 15, 2021, Order of the district court [34], received on April 19, 2021.

1. **Bank Accounts:** Plaintiff has 2 accounts in his name. Current balances are reflected below:

    a. Navy Federal Credit Union



b. Bank of Hawaii

**Account Details**

PURE CHECKING
*3554

**$118.36**
Current Balance
Available Balance $118.36

**2. Assets** held in Plaintiff's name or entity(ies) he Controls:

**CHASE for BUSINESS**
Printed from Chase for Business

4/19/2021    TOTAL BUS CHK (...1293) - chase.com

TOTAL BUS CHK (...1293)
LUNAR ECLIPSE 1, LLC

**$231.12**          $0.00                 $231.12
Available balance    Available credit      Available plus credit

$231.12
Present balance

Uncollected funds                                  Total $0.00

JPMorgan Chase Bank, N.A. Member FDIC    ©2021 JPMorgan Chase & Co.    Equal Opportunity Lender

**3. Other assets**

| DESCRIPTION | FMV |
|---|---:|
| Computer & Phone | $800.00 |
| Leased Car | $0.00 |
| Clothing and Misc. | $250.00 |
| Cash on hand | $5.00 |

**4. Spousal Maintenance Liability - arrearages:** $481,476.10 as of 2021-04-01.

**5. U.C.C. First Position Divorce Lien:** All income and assets, now held or acquired in the future, are subject to a 2013 first position priority spousal maintenance lien disclosed in Dkt. 33.

Plaintiff respectfully requests a remote hearing by zoom or telephone and that the attendance of Mr. Stillman be required. Mr. Stillman is fully aware of Plaintiff's financial condition and his Declaration to the contrary is false.

1  DATED this 19th day of April 2021.

2  **PETER STROJNIK**

4  Plaintiff

Mailed to the Court this 19th day of April, 2021 thence distributed through PACER. Copy emailed to Phillip Stillman

/s/

**EXHIBIT 1**

**UCC FINANCING STATEMENT AMENDMENT**

FOLLOW INSTRUCTIONS

A. NAME & PHONE OF CONTACT AT FILER (optional)
Tanya C. Strojnik

B. E-MAIL CONTACT AT FILER (optional)

C. SEND ACKNOWLEDGMENT TO: (Name and Address)
Tanya C. Strojnik
7847 N. Central Ave
Phoenix, AZ 85020

2013-175-9296-5

**ARIZONA SECRETARY OF STATE**
**08/30/18 08:22**
**FILED**

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1a. INITIAL FINANCING STATEMENT FILE NUMBER: 2013-175-9296-5

1b. [ ] This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS. Filer: attach Amendment Addendum (Form UCC3Ad) and provide Debtor's name in item 13

2. [ ] TERMINATION: Effectiveness of the Financing Statement identified above is terminated with respect to the security interest(s) of Secured Party authorizing this Termination Statement

3. [ ] ASSIGNMENT (full or partial): Provide name of Assignee in item 7a or 7b, and address of Assignee in item 7c and name of Assignor in item 9
For partial assignment, complete items 7 and 9 and also indicate affected collateral in item 8

4. [✓] CONTINUATION: Effectiveness of the Financing Statement identified above with respect to the security interest(s) of Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law

5. [ ] PARTY INFORMATION CHANGE:
Check one of these three boxes: AND Check one of these three boxes to:
This Change affects [ ] Debtor or [ ] Secured Party of record    [ ] CHANGE name and/or address  [ ] ADD name  [ ] DELETE name

6. CURRENT RECORD INFORMATION: Complete for Party Information Change - provide only one name (6a or 6b)
6a. ORGANIZATION'S NAME

OR 6b. INDIVIDUAL'S SURNAME: Strojnik | FIRST PERSONAL NAME: Peter | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX

7. CHANGED OR ADDED INFORMATION:
7a. ORGANIZATION'S NAME

OR 7b. INDIVIDUAL'S SURNAME
INDIVIDUAL'S FIRST PERSONAL NAME
INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX

7c. MAILING ADDRESS: 2375 E. Camelback Rd. Suite 600 | CITY: Phoenix | STATE: AZ | POSTAL CODE: 85016 | COUNTRY: USA

8. [✓] COLLATERAL CHANGE: Also check one of these four boxes: [ ] ADD collateral  [ ] DELETE collateral  [✓] RESTATE covered collateral  [ ] ASSIGN collateral
Indicate collateral:
All accounts receivable, income, moneys due and assets now or any time in the future (Marital Settlement Agreement and Amendments LaPaz County Superior Court #DO2013-00120)

9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT: Provide only one name (9a or 9b) (name of Assignor, if this is an Assignment). If this is an Amendment authorized by a DEBTOR, check here [ ] and provide name of authorizing Debtor
9a. ORGANIZATION'S NAME

OR 9b. INDIVIDUAL'S SURNAME: Strojnik | FIRST PERSONAL NAME: Tanya | ADDITIONAL NAME(S)/INITIAL(S): Cecilia | SUFFIX

10. OPTIONAL FILER REFERENCE DATA

FILING OFFICE COPY — UCC FINANCING STATEMENT AMENDMENT (Form UCC3) (Rev. 04/20/11)    International Association of Commercial Administrators (IACA)

4