# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER STROJNIK,<br><br>                        Plaintiff,<br><br>v.<br><br>VILLAGE 1107 CORONADO, INC.,<br><br>                        Defendant. | Case No. 19-cv-02210-BAS-MSB<br><br>**ORDER GRANTING DEFENDANT'S MOTION TO MODIFY THE COURT'S APRIL 15, 2021 ORDER**<br><br>**(ECF No. 35)** |

      The Court previously ordered Plaintiff Peter Strojnik to provide evidence of his inability to pay attorneys' fees by May 17, 2021. (ECF No. 34.) The Court specified that Plaintiff should include bank statements and assets held in Plaintiff's name or in the name of any entity he controls. (*Id.*) Defendant then filed a Motion to Modify ("Motion") the Court's order to include evidence of Plaintiff's depositions of settlements obtained from litigation into various non-profits and other companies that do not list him as a signatory. (ECF No. 35.) Defendants cite to multiple cases involving Strojnik where he filed cases under the names of various nonprofits and claimed he "donated" his settlement proceeds to charity. (*Id.*) Plaintiff has since provided cropped screenshots of personal and business account balances, a list of other assets, and details about the arrearages in his divorce lien. (Response to Order ("Response"), Ex 1 to Notice of Lodgment, ECF No. 36.)

      The Court **GRANTS IN PART** Defendant's Motion. In addition to the evidence previously specified in the Court's Order Granting Plaintiff's Motion for Reconsideration,

the Court **ORDERS** Plaintiff to provide: (1) bank statements for all bank accounts into which he has deposited any settlements received from January 1, 2018 through the present, including without limitation, bank statements for all nonprofit corporations showing his purported 'donation' of $1.2 million as represented to the court in *Strojnik v. IA Napa Lodging First*; and (2) an explanation of how he finances his travel, his home, and other personal expenses.

Further, the Court **DENIES** both the renewed request in Defendant's Motion for a bench warrant and Plaintiff's request in his Response to appear remotely for the June 7th hearing. Both Plaintiff and defense counsel are required to appear in person.

**IT IS SO ORDERED.**

**DATED: April 27, 2021**

Hon. Cynthia Bashant
United States District Judge