Philip H. Stillman, Esq. SBN# 152861
STILLMAN & ASSOCIATES
3015 North Bay Road, Suite B
Miami Beach, Florida 33140
Tel. and Fax: (888) 235-4279
pstillman@stillmanassociates.com

Attorneys for defendant VILLAGE 1107 CORONADO, INC.

# UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER STROJNIK,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>VILLAGE 1107 CORONADO, INC.,<br><br>　　　　　Defendant. | Case No. 19-cv-2210 BAS MSB<br><br>**APPLICATION FOR A MODIFICATION OF OSC RE CONTEMPT SCHEDULED FOR JUNE 7, 2021**<br><br>Courtroom: 4B, 4th Fl.<br><br>Hon. Cynthia A. Bashant |

VILLAGE 1107 CORONADO, INC. and Philip Stillman ("Movants") request that this Court amend its April 27, 2021 Order to modify the date of the in-person OSC re Contempt now scheduled for June 7, 2021. As grounds therefor, Movants state the following:

1. On April 15, this Court vacated its Order holding Peter Strojnik in contempt, requiring the production of certain records, and setting a hearing for June 7. Counsel did not realize that this hearing was intended to be an in-person hearing.

2. On April 27, this Court issued a second order modifying the types of documents that Strojnik must produce and this Court stated that Mr. Strojnik and counsel for defendant were to appear *in person* on June 7 on the OSC re Contempt. Counsel certainly does not oppose and indeed, supports an in-person hearing in these circumstances.

3. Unfortunately, Mr. Stillman has a long-standing diving vacation for his anniversary out of the country to St. Croix in the U.S. Virgin Islands from June 3 through June 12, that has been planned since March 2021, with pre-purchased airline tickets, a AirBnB reservation and reservations on a dive boat for that period. A copy of the airline tickets purchased on April 2 are attached to the Stillman Declaration as Exhibit 1.

4. However, Mr. Stillman will be available during the week of May 24 if it is convenient for the Court to advance the hearing to that week. Otherwise, Mr. Stillman can be available at any time after June 14, depending on the Court's schedule.

5. Mr. Stillman greatly appreciates this Court's assistance in compelling compliance with its Order and apologizes for this request. However, this is a special anniversary vacation, therefore requests that this Court either advance the date of the OSC to a time prior to June 3, 2021 or to any date at the Court's convenience during the week of June 14, 2021 as this Court's schedule permits.

6. Mr. Stillman has conferred with Mr. Strojnik and he opposes this request.

///

///

| | |
|---|---|
| 1 | WHEREFORE, Defendant and Mr. Stillman respectfully request that this Court |
| 2 | either advance the hearing or continue the hearing until the week of June 14, 2021, as this |
| 3 | Court's calendar permits. |

Respectfully Submitted,

STILLMAN & ASSOCIATES

Dated: April 29, 2021  By:_____
 Philip H. Stillman, Esq.
 Attorneys for defendant VILLAGE 1107
 CORONADO, INC.

# DECLARATION OF PHILIP STILLMAN

I, Philip H. Stillman, hereby declare:

1. I am a member of the California State Bar in good standing, and counsel for Defendant in the above-captioned action. I have personal knowledge of the facts stated herein, and if called as a witness, I could and would testify competently to them.

2. My wife and I planned an anniversary vacation from June 3 through June 12, 2021 on a diving vacation to St. Croix in the U.S. Virgin Islands. Attached hereto as Exhibit 1 are the receipts for my AirBnB reservation (purchased April 2, 2021) and airline tickets (purchased April 4, 2021) for the trip.

I declare under the penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct. Signed this 29th day of April, 2021 at Miami Beach, Florida.

By: _____
Philip H. Stillman, Esq.

# PROOF OF SERVICE

I, the undersigned, certify under penalty of perjury that on April 29, 2021 or as soon as possible thereafter, copies of the foregoing Application to Advance or Extend the June 7 hearing regarding the OSC re Contempt were served electronically by the Court's ECF notice to all persons/entities requesting special notice or otherwise entitled to the same and via email to Plaintiff's email address listed with this Court.

By: /s/ *Philip H. Stillman*
Attorneys for VILLAGE 1107 CORONADO, INC.

**Exhibit 1**

From: **Airbnb** <express@airbnb.com>
Date: Fri, Apr 2, 2021 at 10:55 AM
Subject: RE: Reservation at 18TH CENTURY INTOWN COTTAGE --COUPLE'S RATE for Jun 3 - 12, 2021
To: <dannarenee@gmail.com>



# RE: Reservation at 18TH CENTURY INTOWN COTTAGE -- COUPLE'S RATE for Jun 3 - 12, 2021



**Barbara And Dav**
5 verifications · 16 reviews

Good morning Danna,

Thank you for your request. It sounds like we have a lot in common and we are happy to host you and your husband. We look forward to meeting you. In the meantime, please let us know if you have any concerns or questions,

Best regards,
Dave and Barb

For your protection and safety, always communicate through Airbnb.

Reply

Respond to Barbara And Dav by replying directly to this email.



### 18TH CENTURY INTOWN COTTAGE -- COUPLE'S RATE
Cottage - Entire home/apt hosted by Barbara And Dav



| Thursday | | Saturday |
|---|---|---|
| Jun 03, 2021 | | Jun 12, 2021 |

| Guests | 2 |
|---|---|

| Total payment | $2062.65 |
|---|---|

Reply

Respond to Barbara And Dav by replying directly to this email.

Sent with ♥ from Airbnb

Airbnb, Inc., 888 Brannan St, San Francisco, CA 94103

Unsubscribe

 

Issued: April 4, 2021

## Your trip confirmation and receipt

**Record Locator:**

We charged $1,333.72 to the card ending in 3729 for your ticket purchase.

A face covering is required while flying on American, except for children under 2 years old. You are also required to wear a face covering while in the airport before and after your flight. Read more about travel requirements.

You'll need your record locator to find your trip at the kiosk and when you call Reservations.

Manage your trip

### Thursday, June 3, 2021

| MIA<br>**12:05** PM<br>Miami | → | STX<br>**2:52** PM<br>St Croix | Seat: 2A, 2B<br>Class: Business (D)<br>Meals: Refreshment |

**AA 1293**

Free entertainment with the American app »

## Saturday, June 12, 2021

| STX<br>**03:07** PM<br>St Croix | → | MIA<br>**6:00** PM<br>Miami | Seat: 9A, 9B<br>Class: Economy (L)<br>Meals: Refreshment |

**AA 2211**

Earn up to a $200 statement credit

Plus, 40,000 bonus miles after qualifying purchases

Learn more »



## Your payment

Credit Card (MasterCard ending 3729) $1,333.72

**Total paid** **$1,333.72**

## Your purchase

**DANNA STILLMAN**

AAdvantage #:

New ticket $666.86

Ticket #: 0012166170009

[ $609.00 + Taxes and fees $57.86 ]

| Total | $666.86 |
|---|---|

**PHILIP STILLMAN**

AAdvantage #:

| New ticket | $666.86 |
|---|---|

Ticket #: 0012166170010

[ $609.00 + Taxes and fees $57.86 ]

| Total | $666.86 |
|---|---|

| **Total cost** (all passengers) | **$1,333.72** |
|---|---|

## Bag information

### Checked bags

STX - MIA

**Online***

| 1st bag | 2nd bag |
|---|---|
| No charge | No charge |

**Airport**

| 1st bag | 2nd bag |
|---|---|
| No charge | No charge |

Maximum dimensions: 62 inches or 158 centimeters calculated as (length + width + height)
Maximum weight: 50 pounds or 23 kilograms

MIA - STX

MIA - STX

**Online***

| 1st bag | 2nd bag |
|---|---|
| No charge | No charge |

**Airport**

| 1st bag | 2nd bag |
|---|---|
| No charge | No charge |

Maximum dimensions: 62 inches or 158 centimeters calculated as (length + width + height)
Maximum weight: 70 pounds or 32 kilograms

Bag fees apply at each Check-in location. Additional allowances and/or discounts may apply. Bag and optional fees

*Online payment available beginning 24 hours (and up to 4 hours) before departure.

## Carry-on bags

**1st carry-on:** Includes purse, briefcase, laptop bag, or similar item that must fit under the seat in front of you.

**2nd carry-on:** Maximum dimensions not to exceed: 22" long x 14" wide x 9" tall (56 x 35 x 23 cm).

If your flight is operated by a partner airline, see the other airline's website for carry-on bag limits.

   

Book a hotel »   Book a car »   Buy trip insurance »   Things to do »





  

Contact us   |   Privacy policy

Get the American Airlines app

 

Additional Services are subject to credit card approval at time of ticketing. Additional Services may appear on multiple accompanied documents as a matter of reference.

If you have purchased a NON-REFUNDABLE fare, the itinerary must be canceled before the ticketed departure time of the first unused coupon or the ticket has NO VALUE. If the fare allows changes, a fee may be assessed for changes and restrictions may apply.

You have up to 24 hours from the time of ticket purchase to receive a full refund if you booked at least 2 days before departure. You must log in on aa.com or Contact Reservations to cancel. Once cancelled, your refund will be processed automatically.Refunds.

Some American Airlines check-in counters do not accept cash as a form of payment. For more information, visit our Airport Information page.

SERVICE & SUPPORT ANIMAL REQUIREMENTS

For travel on or after April 1, 2019, the policy for traveling with Emotional Support and Service animals has changed. Visit Traveling with Service Animals for more information.

        

Some everyday products, like e-cigarettes and aerosol spray starch, can be dangerous when transported on the aircraft in carry-on and/or checked baggage. Changes in temperature or pressure can cause some items to leak, generate toxic fumes or start a fire. Carriage of prohibited items may result in fines or in certain cases imprisonment. Please ensure there are no forbidden hazardous materials in your baggage like:

Some Lithium batteries (e.g. spares in checked baggage, batteries over a certain size), Explosives / Fireworks, Strike anywhere matches/ Lighter fluid, Compressed gases / Aerosols Oxygen bottles/ Liquid oxygen, Flammable liquids, Pesticides/ Poison, Corrosive material.

There are special exceptions for small quantities (up to 70 ounces total) of medicinal and toilet articles carried in your luggage, spare lithium batteries for most consumer electronic devices in carry-on baggage, and certain smoking materials carried on your person.

Certain items are required to be carried with you onboard the aircraft. For example, spare lithium batteries for portable electronic devices, cigarette lighters and e-cigarettes must be removed from checked or gate-checked baggage and carried onboard the aircraft. However, e-cigarettes may not be used on-board the aircraft.

Traveling with medical oxygen, liquid oxygen, mobility aids and other assistive devices may require airline pre-approval or be restricted from carriage entirely. Passengers requiring these items should contact the airline operator for information on use of such devices.

To change your reservation, please call 1-800-433-7300 and refer to your record locator.

NOTICE OF INCORPORATED TERMS OF CONTRACT

Air Transportation, whether it is domestic or international (including domestic portions of international journeys), is subject to the individual terms of the transporting air carriers, which are herein incorporated by reference and made part of the contract of carriage. Other carriers on which you may be ticketed may have different conditions of carriage. International air transportation, including the carrier's liability, may also be governed by applicable tariffs on file with the U.S. and other governments and by the Warsaw Convention, as amended, or by the Montreal Convention. Incorporated terms may include, but are not restricted to: 1. Rules and limits on liability for personal injury or death, 2. Rules and limits on liability for baggage, including fragile or perishable goods, and availability of excess valuation charges, 3. Claim restrictions, including time periods in which passengers must

file a claim or bring an action against the air carrier, 4. Rights on the air carrier to change terms of the contract, 5. Rules on reconfirmation of reservations, check-in times and refusal to carry, 6. Rights of the air carrier and limits on liability for delay or failure to perform service, including schedule changes, substitution of alternate air carriers or aircraft and rerouting.

You can obtain additional information on items 1 through 6 above at any U.S. location where the transporting air carrier's tickets are sold. You have the right to inspect the full text of each transporting air carrier's terms at its airport and city ticket offices. You also have the right, upon request, to receive (free of charge) the full text of the applicable terms incorporated by reference from each of the transporting air carriers. Information on ordering the full text of each air carrier's terms is available at any U.S. location where the air carrier's tickets are sold or you can click on the Conditions of Carriage link below.

Air transportation on American Airlines and the American Eagle carriers® is subject to American's conditions of carriage.

For more on Canada passenger protection regulations visit aa.com/CanadaPassengers.

Please do not reply to this email address as it is not monitored.

NOTICE: This email and any information, files or attachments are for the exclusive and confidential use of the intended recipient. This message contains confidential and proprietary information of American Airlines (such as customer and business data) that may not be read, searched, distributed or otherwise used by anyone other than the intended recipient. If you are not an intended recipient, do not read, distribute, or take action in reliance upon this message. Do you think you received this email by mistake? If so, please forward to privacy@aa.com with an explanation, and then delete this message from your computer.

**one**world is a registered trademark of **one**world Alliance, LLC.

© American Airlines, Inc. All Rights Reserved.