# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER STROJNIK,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>VILLAGE 1107 CORONADO, INC.,<br><br>　　　　　　　　　　　　Defendant. | Case No. 19-cv-02210-BAS-MSB<br><br>**ORDER GRANTING DEFENDANT'S MOTION TO CONTINUE HEARING**<br><br>**(ECF No. 39)** |

The Court previously set for hearing the dispute over Plaintiff Peter Strojnik's noncompliance with an order to pay attorneys' fees in this case for June 7, 2021. (ECF No. 34.) Defense counsel now requests that this hearing date be advanced or continued due to a pre-planned vacation from June 3rd through June 12th. (ECF No. 39.) Plaintiff has filed a response that, in part, objects to Defendant's request to reset the hearing. (ECF No. 40.) Plaintiff claims Defendant's request to reschedule is an "ongoing tactic" but otherwise does not state a conflict with the proposed dates.

Good cause appearing, the Court **GRANTS** Defendant's request and **CONTINUES** the OSC hearing to **June 14, 2021 at 3:00 p.m.** in Courtroom 4B.

**IT IS SO ORDERED.**

DATED: May 7, 2021

Hon. Cynthia Bashant
United States District Judge

- 1 -

19cv2210