# United States District Court
SOUTHERN DISTRICT OF CALIFORNIA

## NOTICE OF DOCUMENT DISCREPANCY

TO:  ☒ U.S. DISTRICT JUDGE / ☐ U.S. MAGISTRATE JUDGE: The Hon. Cynthia Bashant

| FROM: D. Frank, Deputy Clerk | RECEIVED DATE: May 17, 2021 |
|---|---|
| CASE NO. 19-cv-02210-BAS-MSB | DOC FILED BY: Peter Strojnik |

| CASE TITLE: Strojnik v. Village 1017 Coronado, Inc. |
|---|
| DOCUMENT ENTITLED: Motion for Order to Show Cause Regarding Mr. Stillman's Claim for Attorney's fees for $20,995.00 When he had a flat fee Agreement for $2,500.00 |

Upon the submission of the attached document(s), the following discrepancies are noted:

| CivLR 5.1(a) – Missing time/date on motion, supporting documentation; improper format. |
|---|

Date Forwarded:  May 18, 2021

## ORDER OF THE JUDGE / MAGISTRATE JUDGE

**IT IS HEREBY ORDERED:**

| ☒ | The document is to be filed nunc pro tunc to date received. |
|---|---|
| ☐ | The document is NOT to be filed. But instead REJECTED, and it is ORDERED that the Clerk serve a copy of this order on all parties. |

Rejected documents to be returned to pro se or inmate?  ☐ Yes.    Court copy retained by chambers ☐

Any further failure to comply with the Local Rules may lead to penalties pursuant to
Civil Local Rule 83.1 or Criminal Local Rule 57.1.

Date: May 18, 2021                         CHAMBERS OF: The Honorable Cynthia Bashant

cc: All Parties                                   By:  /s/ Law Clerk