NUNC PRO TUNC
5/17/21

Peter Strojnik (Sr.),
7847 N. Central Ave.
Phoenix, Arizona 85020
602-524-6602
ps@strojnik.com

FILED
May 18 2021
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY    s/ Julieo    DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

PETER STROJNIK,

Plaintiff,

vs.

VILLAGE 1017 CORONADO, INC. DBA HOTEL MARISOL CORONADO

Defendant.

Case No: 19-cv-2210 BAS MSB

**MOTION FOR ORDER TO SHOW CAUSE REGARDING MR. STILLMAN'S CLAIM FOR ATTORNEYS' FEES FOR $20,995.00 WHEN HE HAD A FLAT FEE AGREEMENT FOR $2,500.00**

In his Declaration of Philip H. Stillman in support of motion for attorney's fees, Dkt. at 17-2, Mr. Stillman attaches as Exhibit 4 the invoice dated Jun 30, 2020, in which he claims that his client is obligated to pay him $20,995.00 in hourly fees at a rate of $500 per hour. He supports this representation by a detailed invoice sent to the client showing the hourly fee and the number of hours spent on the case. The invoice is addressed to John Murphy, 1017 Park Place, Coronado, CA 92118. Mr. Stillman claimed entitlement to fees pursuant to this invoice. He represented to the Court under the penalty of perjury that the invoice is a valid and subsisting bill to Mr. Murphy. It was this invoice that formed the basis of Mr. Stillman's request for attorney's fees and the ultimate judgment for fees.

On May 12, 2021, Plaintiff received credible information that Mr. Stillman does not charge his ADA clients hourly. As a partner with California's Hotel and Lodging

Association ("CHLA"), Mr. Stillman's services are advertise on CHLA's website at a flat rate[1]:

> **ADA Protection Program**
>
> - Serial drive-by/call-in lawsuits have substantially increased over recent years with plaintiffs alleging variations of several ADA violations.
> - Recent lawsuits have centered on:
>   - Website compliance (no accessibility description; no room description; no ability to reserve accessible rooms) and
>   - Hearing impairment (failure to provide TTY's or assistive listening devices.)
> - A handful of attorneys and plaintiffs are the primary source of these complaints.
> - **Through CHLA's partnership with Stillman & Associates, CHLA members who have been sued for Unruh Act or ADA claims can hire Philip Stillman for a flat legal fee to defend them in the case.**

CHLA's website also discloses that Mr. Stillman's flat fee is $2,500 under the heading "ADA Protection Program":[2]

> **ADA Lawsuit Protection Program**
>
> CHLA offers a legal support program for members who are victims of serial drive-by lawsuits that allege violations of the Americans with Disabilities Act. Our members who have been sued for Unruh Act or ADA claims now can hire CHLA's preferred attorney, who specializes in ADA lawsuits, for a flat legal fee of $2,500* per claim to defend them, dramatically less than the legal fees members otherwise would incur to defend such cases. Join CHLA to utilize this valuable program. If you have any questions on this program or how to join CHLA and utilize our ADA Lawsuit Protection Program, please email Sandra@calodging.com or complete the form below.

---

[1] https://www.google.com/search?q=%22THROUGH+CHLA%27S+PARTNERSHIP+WITH+STILLMAN%22&safe=active&rlz=1C1SQJL_enUS780US780&sxsrf=ALeKk03uipP4Lw79_6iPzRgYZehZQV9AkQ%3A1620945929107&ei=CaydYKKGBrLj9AORmYOoBA&oq=%22THROUGH+CHLA%27S+PARTNERSHIP+WITH+STILLMAN%22&gs_lcp=Cgdnd3Mtd2l6EAwyBQghEKsCMgUIIRCrAjIFCCEQqwI6BwgAEEcQsAM6BAgjECdQ31ZYt3pgpqkBaAFwAngAgAGoAYgB_AKSAQMxLjKYAQCgAQGqAQdnd3Mtd2l6yAEIwAEB&sclient=gws-wiz&ved=0ahUKEwjirreS3sfwAhWyMX0KHZHMAEUQ4dUDCA4

[2] https://calodging.com/resources/member-resources/ada-resources

2

Contrary to his "parentship" arrangement with CHLA, Mr. Stillman represented to the Court that Defendant actually incurred $20,995.00 in hourly fees. This representation is blatantly false. The client incurred fees in the amount of $2,500.00. Since Mr. Stillman's Declaration, Dkt. at 17-2, is made under oath, Plaintiff respectfully request that the Court issue an Order to Show Cause to Mr. Stillman to:

1. Produce all partnership information between him and CHLA; and
2. Produce the fee agreement under which he claims fees at the rate of $500.00 per hour; and
3. The payment check(s) from his client on this matter.

RESPECTFULLY SUBMITTED this 13th day of May, 2021.

**PETER STROJNIK**

Plaintiff

Mailed to the Court this 13th day of May, 202.
Copy emailed to Philip Stillman this day.
**END**

Peter Strojnik
7847 N. Central Avenue
Phoenix, AZ 85020



PHOENIX AZ 852
14 MAY 2021 PM 4 L

Clerk of the Court
United Sates district Court
Southern District of California
333 West Broadway, Ste 420
San Diego, California 92101

RECEIVED
MAY 17 2021
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA