## MINUTES OF THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

PETER STROJNIK                    VS                    VILLAGE 1017 CORONADO, INC.

Case Number:  19-CV-2210-BAS          WITNESS LIST          Evidentiary Hearing

| DATE | PLF | DEF | WITNESS NAME |
|---|---|---|---|
| 6/14/2021 | | X | Peter Strojnik |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |