MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

PETER STROJNIK VS VILLAGE 1017 CORONADO, INC.

Case Number: 19-CV-2210-BAS(MSB) EXHIBIT LIST Evidentiary Hearing

☐ Plaintiff ☒ Defendant ☐ Court

| No. | Date I.D. | Date Rec'vd | Description |
|---|---|---|---|
| 1 | 6/14/2021 | 6/14/2021 | Attorney's Fee Order |
| 2 | 6/14/2021 | 6/14/2021 | OSC Order Modification |
| 3 | 6/14/2021 | 6/14/2021 | OSC Response (IA Napa Lodging First) |
| 4 | 6/14/2021 | 6/14/2021 | Lunar Eclipse Bank Statement (2018) |
| 5 | 6/14/2021 | 6/14/2021 | Lunar Eclipse Bank Statement (2019) |
| 6 | 6/14/2021 | 6/14/2021 | Lunar Eclipse Bank Statement (2020) |
| 7 | 6/14/2021 | 6/14/2021 | Lunar Eclipse Bank Statement (2021) |
| 8 | 6/14/2021 | 6/14/2021 | Response to OSC dated 4/8/2021 |
| 9 | 6/14/2021 | 6/14/2021 | Nevada Secretary of State Printout re AID Foundation |
| 10 | 6/14/2021 | 6/14/2021 | Response to OSC dated 4/28/2021 |
| 11 | 6/14/2021 | 6/14/2021 | Judgment Order JW World |
| 12 | 6/14/2021 | 6/14/2021 | Report on 7847 N. Central |
| 13 | 6/14/2021 | 6/14/2021 | Settlement Agreement (NNK) |
| 14 | 6/14/2021 | 6/14/2021 | Settlement Demand to Driftwood |
| 15 | 6/14/2021 | 6/14/2021 | Arizona Superior Court Case Docket |
| 16 | 6/14/2021 | 6/14/2021 | Kamla Hotels Complaint showing travel |
| 17 | 6/14/2021 | 6/14/2021 | Strojnik Open Cases from Pacer |
| 18 | 6/14/2021 | 6/14/2021 | Response to OSC dated 4/28/2021 |
| 19 | 6/14/2021 | 6/14/2021 | Lunar Eclipse Bank Statement Analysis |
| 20 | 6/14/2021 | 6/14/2021 | Contempt proceeding Legal Fees |
| 21 | 6/14/2021 | 6/14/2021 | Settlement Agreement (Driftwood) |