Philip H. Stillman, Esq. SBN# 152861
STILLMAN & ASSOCIATES
3015 North Bay Road, Suite B
Miami Beach, Florida 33140
Tel. and Fax:  (888) 235-4279
pstillman@stillmanassociates.com

Attorneys for defendant VILLAGE 1107 CORONADO, INC.

# UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| PETER STROJNIK, | Case No. 19-cv-2210 BAS MSB |
| Plaintiff, | **DECLARATION OF PHILIP H. STILLMAN RE COMPLIANCE WITH JUNE 16, 2021 ORDER** |
| vs. | |
| VILLAGE 1107 CORONADO, INC., | Date:  June 28, 2021 |
| Defendant. | Courtroom: 4B, 4th Fl. |
| | Hon. Cynthia A. Bashant |

## DECLARATION OF PHILIP H. STILLMAN

I, Philip H. Stillman, declare the following:

1.      I am a member of the California State Bar in good standing and counsel for Defendant in the above-captioned action.  I have personal knowledge of the facts stated herein and if called as a witness, I could and would testify competently to them.

2.      On June 15, 2021, this Court issued a clear and definite order directing plaintiff Peter Strojnik to pay $44,246 on or before June 28, 2021.

3.      Upon receipt of the Order through the Electronic Court Filing system on June 16, counsel immediately forwarded the order to Strojnik to prevent any delay, along with wire transfer instructions.  Strojnik confirmed receipt of that Order within a couple of minutes, thanking me and stating that he was "playing with his grandkids." *Id.*

4.      From June 14 until June 24, Mr. Stillman neither heard nor received anything from Strojnik.  On June 24, Strojnik began to negotiate with me, still claiming that he was unable to pay the award because (1) he did not have the money and (2) because he could be jailed by the family court judge for violating "Mrs. Stronik's" purported lien.   Strojnik did draw down $1,450 on a credit card and sent that via PayPal to me, which was received.  He is now seeking some sort of relief by paying the $45,000 over three years.

5.      However, as set forth in bank records produced by Mr. Strojnik in advance of the evidentiary hearing and which were introduced during the evidentiary hearing, Mr. Strojnik failed to explain the dissipation of over $1.77 million in money deposited into the Lunar Eclipse I account, assuming that the Lunar Eclipse I account is the only account within his control.  Moreover, apart from the transfers to a Money Market Account, which Mr. Strojnik claimed belonged to Mrs. Strojnik and the transfers to the assistant, there is no explanation of what happened to that large amount of money.

6.      Significantly, although ordered by this Court, Mr. Strojnik failed to produce *any* evidence regarding the $1.2 million that he claims to have donated to a charity that he was not sure of the name of, could not explain the mechanics of the donations and could not even identify who specifically received those donations.  Thus, as dubious as his claims

and defenses are, Mr. Strojnik has failed to come up with any showing of where all of this wealth went.

7.      As Mr. Strojnik correctly informed the Court, of the $44,246 ordered to be paid, he paid $1,450, receipt of which was and is confirmed.  Of note, that is only a portion of the approximately $5,000 that Strojnik claimed was available on a credit card, the remainder of which has not been provided.

I declare under the penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct.  Signed this 28th day of June, 2021

By:_____
        Philip H. Stillman, Esq.

**PROOF OF SERVICE**

I, the undersigned, certify under penalty of perjury that on June 28, 2021 or as soon as possible thereafter, copies of the foregoing Declaration of Philip Stillman in response to Request for Relief was served electronically by the Court's ECF notice to all persons/entities requesting special notice or otherwise entitled to the same and via email to Plaintiff's email address listed with this Court.

By: _/s/ Philip H. Stillman_
Attorneys for VILLAGE 1107 CORONADO, INC.