Peter Strojnik (Sr.),
7847 N. Central Ave.
Phoenix, Arizona 85020
602-524-6602
ps@strojnik.com

**FILED**
Jun 28 2021
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY s/ AKR DEPUTY

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER STROJNIK,<br><br>  Plaintiff,<br>vs.<br><br>VILLAGE 1017 CORONADO, INC. DBA HOTEL MARISOL CORONADO<br><br>  Defendant. | Case No: 19-cv-2210 BAS MSB<br><br>**NOTICE OF <u>EMERGENCY</u> APPEAL WITH REQUEST FOR IMMEDIATE STAY OF THE ORDER RE: CIVIL CONTEMPT & COERCIVE INCARCERATION** |

PLEASE TAKE NOTICE that Plaintiff appeals the *Order Re: Civil Contempt & Coercive Incarceration* dated June 15, 2021, and all orders merged therein.

Plaintiff further requests immediate stay of the execution of said Order.

RESPECTFULLY SUBMITTED this 28th day of June 2021.

**PETER STROJNIK**

_____
Plaintiff

Hand delivered to the Court this 28th day of June 2021.