# United States District Court
SOUTHERN DISTRICT OF CALIFORNIA

## NOTICE OF DOCUMENT DISCREPANCY

TO: ☒ U.S. DISTRICT JUDGE / ☐ U.S. MAGISTRATE JUDGE: The Hon. Cynthia Bashant

| FROM: T. Hernandez, Deputy Clerk | RECEIVED DATE: July 6, 2021 |
|---|---|
| CASE NO. 19cv2210-BAS-MSB | DOC FILED BY: Peter Strojnik |
| CASE TITLE: Strojnik v. Village 1017 Coronado, Inc. | |
| DOCUMENT ENTITLED: Motion to Stay order Dated June 28, 2021 [45] for Lack of Jurisdiction Alternatively Motion to Stay Order Dated June 28, 2021 to Determine the Correct Judgment Creditor | |

Upon the submission of the attached document(s), the following discrepancies are noted:

Civ.L. Rule 7.1 or 47.1 - Lacking memorandum of points and authorities in support as a separate document;

Civ.L. Rule 5.1 - Missing time and date on motion and/or supporting documentation;

Date Forwarded: **July 9, 2021**

## ORDER OF THE JUDGE / MAGISTRATE JUDGE

**IT IS HEREBY ORDERED:**

| ☒ | The document is to be filed nunc pro tunc to date received. |
|---|---|
| ☐ | The document is NOT to be filed. But instead REJECTED, and it is ORDERED that the Clerk serve a copy of this order on all parties. |

Rejected documents to be returned to pro se or inmate? ☐ Yes.    Court copy retained by chambers ☐

Any further failure to comply with the Local Rules may lead to penalties pursuant to Civil Local Rule 83.1 or Criminal Local Rule 57.1.

Date: July 12, 2021          CHAMBERS OF: The Honorable Cynthia Bashant

cc: All Parties              By: /s/ Law Clerk