# United States District Court
SOUTHERN DISTRICT OF CALIFORNIA

## NOTICE OF DOCUMENT DISCREPANCY

TO: ☒ U.S. DISTRICT JUDGE / ☐ U.S. MAGISTRATE JUDGE: The Hon. Cynthia Bashant

| FROM: D. Frank | RECEIVED DATE: January 5, 2022 |
|---|---|
| CASE NO. 19-cv-02210-BAS-MSB | DOC FILED BY: Peter Strojnik, (Sr.) |
| CASE TITLE: Strojnik v. Village 1017 Coronado, Inc. | |
| DOCUMENT ENTITLED: Motion To Strike All Post Dismissal Orders And Judgments For Lack Of Subject Matter Jurisdiction (In Addition To Contempt Rulings Vacated By Order Dated December 21, 2021. ECF No. [62]); And (2) Request To Strike Superflusous, Disparaging And Defamatory Statements From Order ECF [62] Or To Provide Some Basis From The Record | |

Upon the submission of the attached document(s), the following discrepancies are noted:

FRCvp41 – Case closed

Date Forwarded: January 7, 2022

## ORDER OF THE JUDGE / MAGISTRATE JUDGE

**IT IS HEREBY ORDERED:**

| ☒ | The document is to be filed nunc pro tunc to date received. |
|---|---|
| ☐ | The document is NOT to be filed. But instead REJECTED, and it is ORDERED that the Clerk serve a copy of this order on all parties. |

Rejected documents to be returned to pro se or inmate? ☐ Yes.   Court copy retained by chambers ☐

Any further failure to comply with the Local Rules may lead to penalties pursuant to Civil Local Rule 83.1 or Criminal Local Rule 57.1.

Date: January 11, 2022        CHAMBERS OF: The Honorable Cynthia Bashant

cc: All Parties        By: s/ Law Clerk