| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | JAN 19 2022 |
| | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

PETER STROJNIK, Sr.,

    Plaintiff-Appellant,

v.

VILLAGE 1017 CORONADO, INC., DBA Hotel Marisol Coronado,

    Defendant-Appellee.

No. 21-55682

D.C. No. 3:19-cv-02210-BAS-MSB
Southern District of California,
San Diego

ORDER

Before: TALLMAN, CHRISTEN, and NGUYEN, Circuit Judges.

    The court has received appellant's notice of the district court's December 21, 2021 order vacating the June 15, 2021 order on appeal. A review of the record reflects that the June 28, 2021 notice of appeal challenged the district court's June 15, 2021 order regarding civil contempt and incarceration. Appellant also filed a motion in the district court on June 28, 2021, requesting relief from the June 15, 2021 contempt order. On December 21, 2021, the district court entered an order granting appellant's June 28, 2021 motion for relief under Federal Rule of Civil Procedure Rule 59(e), and vacating the June 15, 2021 contempt order. *See* Fed. R. App. P. 4(a)(4). Because the district court vacated the order challenged in this appeal, this appeal is dismissed for lack of jurisdiction. *See* 28 U.S.C. § 1291.

    All pending motions are denied as moot.

MN/MOATT

If appellant seeks to challenge any other final post-judgment order entered in the district court, he must file a new notice of appeal within the time prescribed by Federal Rule of Civil Procedure 4.

**DISMISSED.**