**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PETER STROJNIK,<br><br>　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>VILLAGE 1107 CORONADO, INC.,<br><br>　　　　　　　　　　　Defendant. | Case No. 19-cv-02210-BAS-MSB<br><br>**ORDER TERMINATING AS MOOT REQUEST FOR RULING**<br>**(ECF No. 68)** |

　　　　On April 21, 2022, the Clerk entered the Court's Order Denying Mr. Strojnik's Motion to Strike Post-Dismissal Orders and Statements from Orders. (ECF No. 67.) The next day, Mr. Strojnik filed a request for a ruling on his Motion to Strike. (ECF No. 68.) It appears Mr. Strojnik mailed this request before receiving the Court's order. (*See id.* at 3:14–15.) His request for a ruling is now moot considering the Court resolved his Motion to Strike.[1] Hence, the Court **TERMINATES AS MOOT** his supplemental request (ECF No. 68).

　　　　**IT IS SO ORDERED.**

**DATED: May 3, 2022**

　　　　　　　　　　　　　　　　　　　　　　Hon. Cynthia Bashant
　　　　　　　　　　　　　　　　　　　　　　United States District Judge

---

[1] Having nonetheless reviewed Mr. Strojnik's filing, which contains additional arguments, the Court notes the filing does not change the Court's decision to deny his Motion to Strike.